UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


**MELVIN RABB**                                          CIVIL ACTION

**VERSUS**                                               NO. 05-6666

**HOMECOMINGS FINANCIAL NETWORK**                        SECTION: "B"(3)


## ORDER AND REASONS

The instant petition against remaining state actors is **REMANDED** to state court.[1]

This action was removed from state court by a federal defendant. That Defendant, a United States Bankruptcy Judge, was sued by plaintiff for alleged acts committed in connection with federal bankruptcy proceedings presided over by the federal defendant. 28 U.S.C. 1442(a)(3).

On May 18, 2006 claims against the federal defendant and a co-defendant were dismissed. The sole remaining non-federal defendant, Homecomings Financial Network (HFN) did not seek or join in the removal from state court nor has it made an appearance here.

This action is related to a state court suit by HFN for executory process (foreclosure) against plaintiff, claiming plaintiff defaulted on a note and mortgage agreement on personal real property. Plaintiff subsequently filed suit in state court against HFN and the federal bankruptcy judge, as noted above, after

---

[1] CDC - Orleans Case #05-13315"G".

plaintiff failed to obtain bankruptcy relief.

Since the remaining party and claims pertain only to state law issues, arising from a matter in state court, supplemental jurisdiction over said claims is unnecessary. Plaintiff should seek available relief in state court against the remaining state defendant where he originally filed this claim. <u>Hubbard v. Blue Cross, etc.</u>, 42 F. 3d 942, 947 (5th Cir.), citing <u>Welch v. Thompson</u>, 20 F. 3d 636 (5th Cir. 1994); *Burns Tool v. Byrne*, 11 F. 3d 1270 (5th Cir.) *cert. denied*, 512 U.S. 1207 (1995).

In view of above, the pending motion for default judgment is **MOOT** and the case is remanded to state court involving remaining claims between plaintiff and HFN.

New Orleans, Louisiana, this 30th day of January, 2007.

UNITED STATES DISTRICT JUDGE